AFL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO.** 22-00081-JB |
| ) | **USAO NO.:** 21R00479 |
| v. ) | |
| ) | **VIOLATION:** 18 U.S.C. § 242 |
| **GARY LYNN DAVIS** ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

### COUNT ONE
### Deprivation of Rights Under Color of Law
### Title 18, United States Code, Section 242

On or about April 21, 2021, in the Southern District of Alabama, Southern Division, the defendant,

**GARY LYNN DAVIS**

while acting under color of law as a city of Creola, Alabama, police officer, willfully deprived J.B., an individual whose full name is known to the United States Attorney, of the right, secured and protected by the Constitution and laws of the United States, to be free from deprivation of liberty without due process of law, which includes the right to be free from the use of unreasonable force by a law enforcement officer.  Specifically, GARY LYNN DAVIS kneed J.B. in the face.  The offense resulted in bodily injury to J.B.

In violation of Title 18, United States Code, Section 242.

SEAN P. COSTELLO
UNITED STATES ATTORNEY

_____
Sean P. Costello
United States Attorney